**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LAPREYIA DOUGLAS,** | ) | NO. CV 07-3284-MAN |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the** | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

It IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate calculation and payment of benefits in accordance with the Memorandum Opinion and Order filed concurrently herewith.

DATED: February 10, 2009

                                                                            /s/
                                       MARGARET A. NAGLE
                            UNITED STATES MAGISTRATE JUDGE