Deborah Baldwin, Esq. [SBN 83199]
BET TZEDEK LEGAL SERVICES
145 South Fairfax Avenue, Suite 200
Los Angeles, California  90036-2172
Telephone: (323) 549-5848
Facsimile: (323) 549-5880
E-mail: dbaldwin@bettzedek.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LaPreyia Douglas,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: CV 07-3284-MAN<br><br>[PROPOSED]<br>ORDER AWARDING EAJA<br>ATTORNEY FEES |

ORDER

Based upon the parties' Stipulation for Award of EAJA Attorney Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as assignee of Plaintiff, be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of Five Thousand Five Hundred Dollars and no/cents ($5,500.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

Dated: May 14, 2009

                                        /s/-Margaret A. Nagle
                                        MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE